No. 89–6157. MELO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6226. RIVERA v. UNITED STATES; and
No. 89–6266. BURGESS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6229. RESTREPO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6238. TOWNSEND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6239. GREENE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6252. FRANK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6327. TUTTLE v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 89–6338. BROOKS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 89–6351. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6394. HARRIS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 89–6418. MORRIS v. DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Mich. Certiorari denied.

No. 89–6432. STREET v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6436. ARMAN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 89–6437. BRUMMELL v. TRICKEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–6440. RODMAN v. BOWER, SUPERINTENDENT, SOUTHEASTERN CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.